No. 92–8190. LYNCH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–8240. PROWS *v.* FEDERAL BUREAU OF PRISONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8257. TORRES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8265. MOORE *v.* HAM, CORRECTIONS CAPTAIN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8279. BECKER *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 92–8285. CHRONOPOULOS *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–8288. RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8306. HUBANKS *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–8335. HOPE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 92–8362. KADUNC *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 92–8369. RODRIGUEZ *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–8410. LEROY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8444. NELSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–8448. JENNINGS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.